PD-1593-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/7/2015 2:26:02 PM
Accepted 12/7/2015 3:44:37 PM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| SHAUN DEVILLE BRIGGS | § | |
| | § | |
| VS. | § | CASE NO. |
| | § | |
| THE STATE OF TEXAS | § | |

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, the appellant, Shaun Deville Briggs, by and through his assistant public defender Jani Maselli Wood, and respectfully moves the Court to grant an additional thirty days to file the petition for discretionary review and for god cause would show:

I.

Mr. Briggs was convicted of aggravated robbery with a deadly weapon. He was sentenced to 15 years in prison. The Court of appeals affirmed his case in an unpublished opinion on November 10, 2015. *Shaun Deville Briggs v. State*, 2015 WL 6935565, 01-15-00269-CR (Tex. App. – Houston [1st Dist.] November 10, 2015, no pet. h.).

II.

The petition is due on December 10, 2015. Mr. Briggs is requesting an additional thirty days to prepare the petition until January 9, 2016.

FILED IN
COURT OF CRIMINAL APPEALS

December 7, 2015

ABEL ACOSTA, CLERK

III.

Undersigned counsel's reason for the request is:

*Hearings*:

November 17 & 19, 2015 - Hearing on Motion for New Trial in *Herman Whitfield v. State*

*Filings and Oral Arguments*:

11/10/2015 - PDR filed in *Jimmy Earl Van-Cleave v. State*, PD 1253-15

10/28/2015 - Oral argument in *Marcus Jamez Lewis v. State*, 14-14-00779-CR

10/26/2015 - PDR filed in *William Johnson v. State*, 1254-15

10/22/2015 - Oral argument in *Mary Kuol v. State*, 14-14-01008-CR

10/19/2015 - Motion for Reconsideration en banc filed in *Carlton Penright v. State*, 01-12-00647-CR

10/16/2015 - Motion for new trial filed in *Herman Whitfield v. State*, Cause Number 1424070

*Personal*

Counsel had a medical procedure and missed work on December 3-4, 2015.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this Court grant an additional 30 days for the petition for discretionary review.

Respectfully submitted,


ALEXANDER BUNIN
Chief Public Defender

Harris County Texas

/s/ *Jani Maselli Wood*

_____

JANI J. MASELLI WOOD
Assistant Public Defender
State Bar Number 00791195
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0001
(713) 368-9278 (Fax)
Jani.Maselli@pdo.hctx.net

Attorney for Appellant,
Shaun Deville Briggs

CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on December 7, 2015, a copy

of the foregoing was emailed to the Harris County District Attorney's Office and

emailed to counsel for the state and the State Prosecuting Attorney's Office (through

texfile.com) at the following address:
    Kimberly Stelter
    Assistant District Attorney
    1201 Franklin Street, 6th Floor
    Houston, TX 77002
    stelter_kimberly@dao.hctx.net

    Lisa McMinn
    Lisa.McMinn@SPA.texas.gov

/s/ *Jani J Maselli Wood*

_____

JANI J. MASELLI WOOD